IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DEMO ROACH
REG. #09090-04                                                                              PETITIONER

VS.                                    2:08CV00092 JTR

T.C. OUTLAW, Warden,
FCI Forrest City;
J. DODD, RDAP Coordinator,
FCI Forrest City                                                                            RESPONDENTS

## JUDGMENT

Consistent with the Order entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this habeas action is DISMISSED, WITHOUT PREJUDICE.

Dated this 13th day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE